**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 01-6882

_____

WILLIE ELLIS,

Petitioner - Appellant,

versus

J. E. GUNJA, Warden, Federal Correctional In-
stitution, Cumberland; HARRELL WATTS, Adminis-
trator, National Inmate Appeal, Federal Bureau
of Prisons,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
01-318-CCB)

_____

Submitted:  November 29, 2001        Decided:  December 14, 2001

_____

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Willie Ellis, Appellant Pro Se.  Ariana Wright Arnold, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie Ellis appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Ellis v. Gunja</u>, No. CA-01-318-CCB (D. Md. May 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>